**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 03-0369** |
| | **:** | |
| **TYREE STEWART** | **:** | |
| | **:** | |

**...oOo...**

**ORDER**

On May 19, 2009, counsel for Tyree Stewart filed paper number 690 in the above-captioned matter.  Counsel intended for the paper to be filed under seal.  For good cause, the Court has directed that the paper be sealed.  The court therefore orders any counsel or other person who has seen or come into possession of paper number 690: (1) not to share the contents of paper 690 with any other person; (2) not to discuss the contents of paper 690 with any other person; and (3) to destroy any copies of paper 690 that may have been generated.

ORDERED this  19th  day of May, 2009.

_____/s/_____
Honorable Catherine C. Blake
United States District Judge